UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-0354-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| ADNAN KHAN | |
| Defendant. | |

Plaintiff commenced this disability access case asserting a claim under the Americans with Disabilities Act ("ADA") and related state law claims, and Defendant has answered the Complaint. Thereafter, the case was referred to a United States magistrate judge for a settlement conference.

The Court continues to believe that it is in the best interest of the parties to avoid the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties some time to pursue settlement of this matter by virtue of alternative dispute resolution. Nevertheless, due to the congestion of the Court's docket and the resultant inability of United States magistrate judges to timely facilitate settlement conferences in all cases, the Court finds it appropriate to withdraw the previous referral of this case for a settlement conference, and instead refer the action to the Court's Voluntary Dispute Resolution Program ("VDRP").

Accordingly, IT IS HEREBY ORDERED that:

1. The referral of this case for a settlement conference is WITHDRAWN and the September 8, 2016 settlement conference before Judge Claire is VACATED.
2. This action is STAYED and REFERRED to the VDRP.
3. Within fourteen (14) days of this order, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
4. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
5. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
6. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

Dated: June 29, 2016

Troy L. Nunley
United States District Judge